IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00164-KDB-SCR

| | |
|---|---|
| LAUREN MONTGOMERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., et. al., | ) ) ) |
| Defendants. | ) |

**ORDER**

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for James P. Hollihan]" (Doc. No. 7) filed August 26, 2024. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kennth D. Bell.

**SO ORDERED**.

Signed: August 26, 2024

Susan C. Rodriguez
United States Magistrate Judge